MATTHEW M. BRACKEN   10267
County Attorney
MARK L. BRADBURY    9352
CHARLES A. FOSTER   8986
Deputy County Attorneys
4444 Rice Street, Suite 220
Līhuʻe, Hawaiʻi  96766
Telephone:  (808) 241-4930
Facsimile:  (808) 241-6319
E-Mail:  mbracken@kauai.gov
         mbradbury@kauai.gov
         cfoster@kauai.gov

Attorneys for Defendants
COUNTY OF KAUAʻI, HIRO SHIMADA, TODD G.
RAYBUCK, SCOTT P. WILLIAMSON, CHRISTIAN
JENKINS, GINNY PIA, AND DAVID C. LOOS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WENJIU LIU, | CIVIL NO. CV-22-00269 LEK WRP |
| | (Other Civil Rights) |
| Plaintiff, | |
| | STIPULATION FOR DISMISSAL |
| vs. | WITH PREJUDICE OF ALL |
| | CLAIMS AND ALL PARTIES AND |
| COUNTY OF KAUAʻI, HIRO | ORDER |
| SHIMADA, TODD G. RAYBUCK, | |
| SCOTT P. WILLIAMSON, | |
| CHRISTIAN JENKINS, GINNY PIA, | Trial Date: June 3, 2024 |
| DAVID C. LOOS, | |
| | Judge: Honorable Leslie E. Kobayashi |
| Defendants. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND ALL PARTIES AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiff Wenjiu Liu and Defendants County of Kauaʻi, Hiro Shimada, Todd G. Raybuck, Scott P. Williamson, Christian Jenkins, Ginny Pia, and David C. Loos, through their respective counsel, if any, that all claims that have been or could have been brought in this action be and hereby are dismissed with prejudice, each party to bear his, her or its own costs and attorney's fees.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by all parties who have made an appearance in this action. There are no remaining claims or parties. Trial in this case was set for June 3, 2024.

STIPULATED AND AGREED TO BY:

DATED:   Salida, California, March 18, 2024.

_____
WENIU LIU
Plaintiff Pro Se

DATED:   Līhuʻe, Kauaʻi, Hawaiʻi, March 18, 2024.

    /s/ Mark L. Bradbury
_____
MARK L. BRADBURY
Deputy County Attorney
Attorney for Defendants
HIRO SHIMADA, TODD G. RAYBUCK,
SCOTT P. WILLIAMSON, CHRISTIAN
JENKINS, GINNY PIA, AND DAVID C.
LOOS

DATED:   Līhuʻe, Kauaʻi, Hawaiʻi, March 18, 2024.

/s/ Charles A. Foster
CHARLES A. FOSTER
Deputy County Attorney

Attorney for Defendant
COUNTY OF KAUAʻI

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

*Wenjiu Liu vs. County of Kauaʻi, et al.*; Civil No. CV-22-00269 LEK WRP – STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER.